**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**EVA LAFAYE GAMMON**                                                                    **PLAINTIFF**

**VS.**                                        **2:16-CV-00031-BRW-JTR**

**CAROLYN W. COLVIN,**                                                              **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

<u>**ORDER**</u>

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge

J. Thomas Ray.[1]  No objections have been filed and the time for doing so has passed.[2]

After careful consideration, I adopt as my findings in all respects the Recommended

Disposition in its entirety. Accordingly, the Commissioner's decision is AFFIRMED, Plaintiff's

Complaint (Doc. No. 2) is DISMISSED with prejudice, and judgment will be entered shortly.

IT IS SO ORDERED this 18th day of November, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 14.

[2] Objections were due Thursday, November 17, 2016.