# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**EVA LAFAYE GAMMON**                                                    **PLAINTIFF**

**VS.**                          **2:16-CV-00031-BRW-JTR**

**CAROLYN W. COLVIN,**                                                   **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## JUDGMENT

Consistent with the Order entered earlier today, this case is DISMISSED with prejudice.

Judgment against Plaintiff Eva Lafaye Gammon is hereby entered for the Commissioner.

IT IS SO ORDERED this 18th day of November, 2016.


                                                /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE